```
                705232

UNITED STATES BANKRUPTCY COURT
  WESTERN DISTRICT OF VIRGINIA
        ROANOKE OFFICE

Received From:
ROBERT E. WICK
P. O. BOX 8
BRISTOL                 VA   24203-
```

| CASE NO. | PRICE | QTY | AMOUNT |
|---|---|---|---|
| 08-70132 | $ 0.00 | 1 | $ 10.31 |
| UNCLAIM FUNDS < $25 | | | |
| ANTHONY S. RASNICK | | | |

| | TOTAL: | $ 10.31 |
|---|---|---|

CASH:        CHECKS: √     MONEY ORDERS:

Clerk : N. STONE
Date  : 01/27/2010

Form 704-8A
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

In re: )
RASNICK, Anthony Scott )
dba Tazewell Farm Supply )   Case No. 08-70132
   Debtor(s) )
)
) Chapter 7
)

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
JAN 2 7 2010
BY_____
DEPUTY CLERK

## TRANSMITTAL OF UNCLAIMED FUNDS

Comes now the undersigned trustee and reports as follows:

1. Funds have remained unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case. The bank on which these checks are drawn has been instructed to stop payment on said checks.

2. The trustee's check[1] payable to the Clerk, U.S. Bankruptcy Court, for the unclaimed funds is attached hereto with the request that such funds be deposited in the U.S. Treasury, or the local Registry Account.

3. The trustee has indicated the name, address, and amount due each creditor on the attached.

Dated: January 25, 2010

_____
Robert E. Wick, Trustee
P. O. Box 8
Bristol, VA 24203
(276) 466-4488

---

[1] A separate check payable to the Clerk must be issued for unclaimed dividends less than $25.00 per creditor, which is payable directly to the U.S. Treasury. For those over $25.00 per creditor, a separate check is required which is deposited to the local Registry Account.

Certificate of Service

This is to certify that I, R. E. Wick, either electronically or by U. S. Mail served a copy of the foregoing on the debtor, debtor's attorney, U. S. Trustee's Office and Performance Livestock & Feed Co on this the 25 day of January, 2010.

_____
R. E. WICK

IN RE:   ANTHONY SCOTT RASNICK
          CHAPTER 7
          CASE NO.: 08-70132

| CREDITOR | CLAIM NO.: | AMOUNT |
|---|---|---|
| PERFORMANCE LIVESTOCK & FEED CO.<br>P. O. BOX 1000<br>LAWSONVILLE, NC   27022 | 25 | $10.31 |